AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Sheriffs Dept Beauregard Parish**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Sheriffs Dept Beauregard Parish** was received by me on *(date)*________________________________.

- I personally served the summons on **Sheriffs Dept Beauregard Parish** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _______________________ ___________________________________________ on *(date)* _______________________; or
- I returned the summons unexecuted because _______________________ ___________________________________________; or
- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| COURTNEY SENEGAL<br>Plaintiff | ) |
| v. | ) Civil Action No. 2:16−CV−01756−PM−KK<br>) Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Greg Crain**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Greg Crain** was received by me on *(date)*______________________________.

- I personally served the summons on **Greg Crain** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

COURTNEY SENEGAL )
Plaintiff )
v. ) Civil Action No. 2:16−CV−01756−PM−KK
) Judge Patricia Minaldi
SHERIFFS DEPT BEAUREGARD PARISH , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Freddi Doyle**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.




***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Freddi Doyle** was received by me on *(date)*______________________________.

- I personally served the summons on **Freddi Doyle** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| COURTNEY SENEGAL<br>Plaintiff | ) |
| v. | ) Civil Action No. 2:16−CV−01756−PM−KK |
| | ) Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al.<br>Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Brad Hampton**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brad Hampton** was received by me on *(date)*_______________________________.

- I personally served the summons on **Brad Hampton** at *(place)*___________________________ _____________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ _________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ _________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Brian Leedom**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brian Leedom** was received by me on *(date)*______________________________.

- I personally served the summons on **Brian Leedom** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| COURTNEY SENEGAL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:16−CV−01756−PM−KK |
| | ) Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) |
| Defendant | ) |

**SUMMONS IN A CIVIL ACTION**

To:
**Oscar Lopez**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Oscar Lopez** was received by me on *(date)*________________________________.

- I personally served the summons on **Oscar Lopez** at *(place)*___________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**William Martin**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **William Martin** was received by me on *(date)*______________________________.

- I personally served the summons on **William Martin** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Robert Moreland**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Robert Moreland** was received by me on *(date)*________________________________.

- I personally served the summons on **Robert Moreland** at *(place)*____________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify):*

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: _________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

**SUMMONS IN A CIVIL ACTION**

To:
**Nick Morris**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Nick Morris** was received by me on *(date)*______________________________.

- I personally served the summons on **Nick Morris** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

## NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Ricky Moses**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Ricky Moses** was received by me on *(date)*______________________________.

- I personally served the summons on **Ricky Moses** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or
- I returned the summons unexecuted because _____________________ ________________________________________; or
- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Dale Sharp**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Dale Sharp** was received by me on *(date)*______________________________.

- I personally served the summons on **Dale Sharp** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because ______________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

_______________________________
*Server's signature*

_______________________________
*Printed name and title*

_______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

COURTNEY SENEGAL )
Plaintiff )
v. ) Civil Action No. 2:16−CV−01756−PM−KK
) Judge Patricia Minaldi
SHERIFFS DEPT BEAUREGARD PARISH , et al. )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Joshua Standford**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joshua Standford** was received by me on *(date)*______________________________.

- I personally served the summons on **Joshua Standford** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ____________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify)*:

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Berry Thompson**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Berry Thompson** was received by me on *(date)*______________________________.

- I personally served the summons on **Berry Thompson** at *(place)*__________________________ ____________________________________ on *(date)*_______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____________ ___________________________ , a person of suitable age and discretion who resides there, on *(date)* _________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* _____________________ ________________________________________ on *(date)* _____________________; or

- I returned the summons unexecuted because _____________________ ________________________________________; or

- Other *(specify):*

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: _______________________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:16−CV−01756−PM−KK |
| | ) | Judge Patricia Minaldi |
| SHERIFFS DEPT BEAUREGARD PARISH , et al. | ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To:
**Saul Wilson**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Brent Alan Hawkins**
**Hawkins Kee Law Group**
**1417 Hodges St**
**Lake Charles, LA 70601**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

***CLERK OF COURT***

Date: 12/29/2016

/s/ − Tony R. Moore

2:16−CV−01756−PM−KK

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Saul Wilson** was received by me on *(date)*________________________________.

- I personally served the summons on **Saul Wilson** at *(place)*___________________________ ______________________________________ on *(date)*________________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________ _____________________________ , a person of suitable age and discretion who resides there, on *(date)* __________________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ __________________________________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ __________________________________________; or

- Other *(specify)*:

My fees are $ ___________ for travel and $ __________ for services, for a total of $ _______________ .

I declare under penalty of perjury that this information is true.

Date: ________________________

________________________________
*Server's signature*

________________________________
*Printed name and title*

________________________________
*Server's address*

Additional information regarding attemped service, etc:

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOTICE TO PARTIES/COUNSEL

- In accordance with FRCP 10 and LR 10.1, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned).

- A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

- Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney."

- Your attention is directed to LR 41.3 which governs dismissal of actions for failure to prosecute.

- If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

- Your attention is also directed to LR 16.3.1 which requires the parties to consider the use of Alternative Dispute Resolution no later than 200 days after the initial filing in this court.

- Counsel and parties are reminded of their obligation to notify the court of any proceedings directly related to or "involving subject matter that comprises all or a material part of the subject matter or operative facts of another action" as provided by LR 3.1.

TONY R. MOORE
Clerk of Court

NOTE: This court has an internet web site at www.lawd.uscourts.gov where you can obtain our Guide To Practice and our local rules, including those referenced above. You can also download forms and maps to our courthouses and, electronically file your pleading. PACER users my also view the docket sheet and imaged pleadings on−line.

LAW101 (Rev. 6/12)