UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL, ET AL. | * | CIVIL ACTION NO. 2:16-CV-1756 |
| v. | * | JUDGE DONALD E. WALTER |
| BEAUREGARD PARISH SHERIFF'S OFFICE, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 33) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Beauregard Parish Sheriff's Office's Motion to Dismiss (Record Document 15) is **GRANTED**, and all claims against the Beauregard Parish Sheriff's Office are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of December, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE