UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| COURTNEY SENEGAL, ET AL. | CIVIL ACTION NO. 2:16-CV-1756 |
| v. | JUDGE DONALD E. WALTER |
| BEAUREGARD PARISH SHERIFF'S OFFICE, ET AL. | MAGISTRATE JUDGE KAY |

## ORDER

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation (Record Document 36) is correct and adopts the findings and conclusions therein as its own.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant City of DeRidder's Motion to Dismiss is **DENIED,** and its Motion for a More Definite Statement is **GRANTED** (Record Document 17), consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Courtney Senegal shall amend her Complaint as described in the Report and Recommendation within thirty (30) days from the date of this Order.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE