# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COURTNEY SENEGAL** | : | **DOCKET NO. 2:16-cv-1756** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **RICKY MOSES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 64] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the lack of objections to the Report and Recommendation;

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant Joshua Stanford's second Motion for Summary Judgment [doc. 58] be **GRANTED** and that all claims against him be **DISMISSED WITH PREJUDICE**. It is also ordered that Stanford's first Motion for Summary Judgment [doc. 43] be denied as moot.

**THUS DONE AND SIGNED** in Chambers this 23rd day of May, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**