# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **COURTNEY SENEGAL,** individually and as administrator of the estate of ERIC SENEGAL | : | CIVIL ACTION NO. 2:16-cv-1756 |
| **VERSUS** | : | UNASSIGNED DISTRICT JUDGE |
| **RICKY MOSES, ET AL.** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 74] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that defendant Joshua Stanford's Motion for Entry of Judgment [doc. 68] be **GRANTED** and that the court's judgment of May 23, 2018 [doc. 65] be designated as final and immediately appealable pursuant to Federal Rule of Civil Procedure 54(b).

**THUS DONE AND SIGNED** in Chambers this 7th day of September, 2018.

TERRY A DOUGHTY
UNITED STATES DISTRICT JUDGE