UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| COURTNEY SENEGAL | * | CIVIL ACTION NO. 2:16-1756 |
|---|---|---|
| VERSUS | * | UNASSIGNED DISTRICT JUDGE |
| RICKY MOSES, ET AL. | * | MAG. JUDGE KATHLEEN KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that Defendant John Gott's Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b) [Doc. No. 78] is **GRANTED**. The Court's December 3, 2017 Judgment [Doc. No. 42], dismissing the claims against John Gott in his official capacity, is designated as final and appealable under Rule 54(b).

**MONROE, LOUISIANA,** this 22nd day of January, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE