UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| COURTNEY SENEGAL | : | DOCKET NO. 2:16-cv-1756 |
| --- | --- | --- |
| VERSUS | : | UNASSIGNED DISTRICT JUDGE |
| RICKY MOSES, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 84] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion for Summary Judgment [doc. 82] be **GRANTED** and that all claims against the City of DeRidder be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 25th day of April, 2019.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE