UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| COURTNEY SENEGAL | : | CIVIL ACTION NO. 2:16-cv-1756 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| RICKY MOSES, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 89] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Defendant City of DeRidder's Motion for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b) [doc. 86] is **GRANTED**. The Court's April 25, 2019 Judgment [doc. 85] dismissing the claims against the City of DeRidder is designated as final and appealable under Rule 54(b).

**THUS DONE AND SIGNED** in Chambers this 8 day of July, 2019.

JUDGE JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**